1  ADAM J. FISS, Bar No. 211799
   afiss@littler.com
2  LITTLER MENDELSON, P.C.
   50 W. San Fernando, 7th Floor
3  San Jose, CA  95113.2303
   Telephone:   408.998.4150
4  Fax No.:     408.668.0992

5  NATHANIEL H. JENKINS, Bar No. 312067
   njenkins@littler.com
6  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
7  Sacramento, CA  95814
   Telephone:   916.830.7200
8  Fax No.:     916.561.0828

9  Attorneys for Defendant
   THE TRUSS COMPANY AND BUILDING
10 SUPPLY, INC.

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

| 14 | RENEE CRAWFORD, | Case No.  2:19-cv-01716-JAM-AC |
|---|---|---|
| 15 | Plaintiff, | *Assigned to the Hon. John A. Mendez* |
| 16 | v. | *For Discovery Disputes, Assigned to Magistrate Judge Allison Claire* |
| 17 | THE TRUSS COMPANY AND BUILDING SUPPLY, INC. and DOES 1 through 25, inclusive, | **[PROPOSED]** **ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION AND MOTION FOR ORDER MODIFYING THE SCHEDULING ORDER OR, IN THE ALTERNATIVE, ORDER SHORTENING TIME** |
| 18 | | |
| 19 | Defendant. | |
| 20 | | |
| 21 | | Date:      TBD<br>Time:      TBD |
| 22 | | Courtroom: 26, 8th Floor<br>Judge:     Allison Claire |
| 23 | | Complaint Filed: July 18, 2019 |

[PROPOSED] ORDER MODIFYING THE
SCHEDULING ORDER

CASE NO.  2:19-CV-01716-JAM-AC

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

The Court, Honorable Allison Claire presiding, having considered the *Ex Parte* Application and Motion for Order Modifying the Scheduling Order or, in the Alternative, Order Shortening Time filed by Defendant The Truss Company and Building Supply, Inc. ("Defendant"), the pleadings and files in this action, and GOOD CAUSE APPEARING, finds Defendant's request for modification of the Scheduling Order is hereby GRANTED, and a modified scheduling order is hereby issued as follows:

| | |
|---|---|
| **Expert Witness Disclosures:** | **January 8, 2021** |
| **Supplemental disclosure of rebuttal experts:** | **January 22, 2021** |
| **Discovery Cut Off:** | **March 12, 2021** |
| **Dispositive Motion Filing Deadline:** | **April 14, 2021** |
| **Dispositive Motion Hearing:** | **May 12, 2021** |
| **Pre-Trial Conference:** | **June 18, 2021 at 10:00 a.m.** |
| **Trial:** | **August 2, 2021 at 9:00 a.m.** |

Or alternatively,

| | |
|---|---|
| **Expert Witness Disclosures:** | _____ |
| **Supplemental disclosure of rebuttal experts:** | _____ |
| **Discovery Cut Off:** | _____ |
| **Dispositive Motion Filing Deadline:** | _____ |
| **Dispositive Motion Hearing:** | _____ |
| **Pre-Trial Conference:** | _____ |
| **Trial:** | _____ |

**IT IS SO ORDERED:**

DATED: September 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER    2.    CASE NO. 2:19-CV-01716-JAM-AC